FILED

2017 OCT 30 PM 3:47

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

STANLEY HAGAN, JR.

Case No. 3:17-cr-210-J-39JBT
Ct. 1: 18 U.S.C. § 2252(a)(2)
Forfeitures: 18 U.S.C. § 2253

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about December 19, 2015, in the Middle District of Florida, the defendant,

STANLEY HAGAN, JR.,

did knowingly receive visual depictions using a means and facility of interstate and foreign commerce, that is, by computer via the internet, when the production of the visual depictions involved the use of a minor engaging in sexually explicit conduct, and the visual depictions were of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1).

## FORFEITURES

1.  The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2.  Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Sections 2252(a)(2), the defendant, STANLEY HAGAN, JR., shall forfeit to the United States of America, any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, and/or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

3.  If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
D. RODNEY BROWN
Assistant United States Attorney

By: _____
KELLY S. KARASE
Assistant United States Attorney
Deputy Chief, Jacksonville Division

3