UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.  3:17-cr-210-J-39JBT

STANLEY HAGAN, JR.

_____

## REPORT AND RECOMMENDATION[1]
## CONCERNING PLEA OF GUILTY

Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and Rule 6.01(c)(12), M.D. Fla. Rules, and has entered a plea of guilty to Count One of the Information.  After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense.  I therefore recommend that the plea of guilty be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly.

**DONE AND ENTERED** at Jacksonville, Florida, this 15th day of November, 2017.

*Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Honorable Brian J. Davis
United States District Judge
Assistant United States Attorney (Brown)
Melinda R. Patterson, Esquire
United States Probation
United States Pretrial Services
Defendant

---

[1] The parties have agreed to waive the fourteen (14) day objection period to this Report and Recommendation.  28 U.S.C. § 636(b)(1)(B); Rule 6.02, M.D. Fla. Rules.