# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:17-cr-210-J-39JBT |
| v. | |
| STANLEY HAGAN, JR. | |

**Counsel for Government:**  
David R. Brown

**Counsel for Defendant:**  
Melinda Patterson

**HONORABLE BRIAN J. DAVIS, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy:** Chloe Swinton
**Court Reporter:** Shelli Kozachenko      **U.S. Probation:** Kristina Renfroe

## CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

- [X] Defendant's witnesses: Dr. Jerry Valente
- [ ] Defendant's exhibits filed in evidence: ___
- [X] Plea previously accepted.
- [X] Defendant adjudged guilty on Count: **One of the Information.**
- [X] Imprisonment: **SIXTY (60) MONTHS .**
- [ ] Court recommends confinement at:
- [ ] Court recommends to the BOP that defendant enroll in a residential substance abuse treatment program, pursuant to 18 U.S.C. § 3621(e).
- [ ] Court recommends to the BOP that defendant enroll in any educational and vocational programs as are available.
- [ ] Court recommends to the BOP that defendant receive mental health treatment.
- [X] Supervised Release: **ONE HUNDRED AND TWENTY (120) MONTHS.**
- [ ] Probation: ___
- [X] Special Assessment: **$100.00** to be paid immediately.
- [X] Restitution: The determination of restitution is deferred. The Court shall set a date for the final determination of the victim's losses within 90 days from the date of sentencing.
- [X] Special conditions of supervised release/probation:
  - [X] Defendant shall provide the Probation Officer access to any requested financial information.
  - [X] Defendant shall participate as directed in a program of mental health treatment specializing in sexual offender treatment.
  - [X] Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself for any major purchases without approval of the Probation Officer.
  - [X] Defendant shall register with the state sexual offender registration agency in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by the probation officer.
  - [X] Defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer.
  - [X] Defendant is prohibited from possessing, subscribing to, or viewing, any images, videos, magazines, literature, or other materials depicting children in the nude and/or in sexually explicit positions.
  - [X] Defendant is prohibited from either possessing or using a computer (including smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider without prior written approval of the probation officer.
  - [X] Mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court orders the defendant to submit to random drug testing not to exceed two tests per week.
  - [X] Defendant shall cooperate in the collection of DNA as directed by the probation officer.
  - [X] Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle.
- [ ] Count(s) ___ dismissed on motion of Assistant U.S. Attorney or pursuant to Plea Agreement.
- [X] Defendant is remanded to the custody of the U.S. Marshal.
- [ ] Defendant shall surrender to the designated institution as notified by the U.S. Marshal.
- [X] Defendant advised of right to appeal and to counsel on appeal.
- [ ] Other: ___

DATE: May 31, 2018     TIME: 9:08 a.m.-10:06 a.m.     TOTAL: 58 minutes