UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
8.24.18
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                                                  Case No. 3:17-cr-210-J-39JBT

STANLEY HAGAN, JR.

_____

### STIPULATION REGARDING RESTITUTION

The United States and the defendant hereby stipulate that defendant has agreed to pay the sum of $13,619.52 in satisfaction of the restitution claim dated February 23, 2018 filed by the parent/custodian of A. C., the minor victim in this case. Further, the parties agree that the Court may enter an Order of Restitution in this amount to be paid by the defendant by installment payments, and further that the Court should seal all documents naming the restitution payee.

Dated: August 24th, 2018.

_____
D. RODNEY BROWN
Assistant United States Attorney

_____
STANLEY HAGAN, JR.
Defendant

_____
MELINDA R. PATTERSON
Counsel for Defendant