UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                         CASE NO. 3:17-cr-210-J-39JBT

**STANLEY HAGAN, JR.**
_____/

## ORDER OF RESTITUTION

This case is before the Court for the determination of restitution. On May 31, 2018 the Court held a sentencing, and sentenced the defendant to sixty months of imprisonment, followed by 120 months of supervised release. At the sentencing hearing, upon request of the parties, the Court deferred ruling on restitution. On August 24, 2018, the court held a restitution hearing, and the parties filed a Stipulation Regarding Restitution. In the Stipulation, the United States and defendant stipulated that defendant has agreed to pay the sum of $13,619.52 in satisfaction of the restitution claim dated February 23, 2018 filed by the parent/custodian of A.C., the minor victim in this case. Accordingly, after due consideration, it is

**ORDERED:**

The defendant, Stanley Hagan, Jr., shall pay restitution in the amount of $13,619.52 to the victim's guardian. The restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victim(s). While in the custody of the Bureau of Prisons, defendant shall either (1) pay at least $25.00 quarterly if working a non-Unicor job or (2) pay at least 50 percent of his monthly earnings if working a Unicor job. Upon release from imprisonment, defendant shall pay restitution at the rate of $100.00 per month. At any time during the course of post-release supervision, the victim, the

government, or the defendant, may notify the Court of a material change in the defendant's ability to pay, and the Court may adjust the payment schedule accordingly. The Court finds that the defendant does not have the ability to pay interest and waives the interest requirement for the restitution.

**DONE** and **ORDERED** in Jacksonville, Florida this 29th day of August, 2018.

BRIAN J. DAVIS
United States District Judge

cs

Copies furnished to:

Counsel of Record
U.S. Marshal
U.S. Pretrial Services
U.S. Probation
Bureau of Prisons
U.S.D.C. Finance Department-Orlando