**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

v.

**STANLEY HAGAN, JR.**

Case No. 3:17-cr-210

Judge Brian J. Davis

## MOTION FOR SPECIAL ADMISSION, WRITTEN DESIGNATION, AND CONSENT-TO-ACT

Pursuant to Local Rule 2.02, Defendant Stanley Hagan, Jr., through undersigned counsel, moves for special admission of Mukund Rathi of the National Association of Criminal Defense Lawyers, 1660 L St. NW #12, Washington, D.C. 20036, whose telephone number is (202) 465-7659, to appear as counsel on behalf of Mr. Hagan in the above-entitled case. Mr. Rathi has been retained *pro bono* by Mr. Hagan in connection with Mr. Hagan's forthcoming motion for compassionate release.

Mr. Rathi is a member of the State Bar of California (ID is 330622) and the bar of the United States District Court for the Northern District of California. Mr. Rathi does not reside in the State of Florida and is not a member of the bar of this Court nor the Florida Bar. Mr. Rathi has not previously appeared in this Court nor in any other United States District Court in Florida. Mr. Rathi's email address for electronic service by the Clerk of Court is mrathi@nacdl.org. Mr. Rathi will pay the $150 special admission fee through the CM/ECF system upon the receipt of his CM/ECF credentials if this Court grants this motion.

Undersigned counsel is Katherine Earle Yanes, Esquire, of the law firm of Kynes Markman & Felman, PA, located at 100 S. Ashley Drive, Suite 1450, Tampa, FL 33602, whose telephone number is (813) 229-1118, is a resident of Florida, a member in good standing of The Florida

1

Bar and the United States District Court for the Middle, Northern, and Southern Districts of Florida, and is authorized to file through the Court's electronic filing system. Undersigned counsel consents to be designated as a member of the bar of this Court upon whom all notices and papers may be served and who will be responsible for the progress of the case.

                                                Respectfully submitted,

                                                /s/ *Katherine Earle Yanes*
James E. Felman (FBN 0775568)
jfelman@kmf-law.com
Katherine Earle Yanes (FBN 0159727)
kyanes@kmf-law.com
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, Florida 33601-3396
Telephone:     (813) 2291118
Facsimile:       (813) 2216750

*Local Counsel for Defendant*
*Stanley Hagan, Jr.*

## **CERTIFICATION OF MUKUND RATHI**

I hereby certify that I shall comply with both the fee and email registration requirements of Local Rule 2.01(d).

/s/ Mukund Rathi

Mukund Rathi
  *Special admission pending*
mrathi@nacdl.org
National Association of Criminal Defense
  Lawyers
1660 L St. NW, #12
Washington, D.C. 20036
T (202) 465-7659
F (202) 872-8690

*Counsel for Defendant*
*Stanley Hagan, Jr.*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.

**STANLEY HAGAN, JR.**

**Case No. 3:17-cr-210**

**Judge Brian J. Davis**

## ORDER

It is hereby **ORDERED** this _____ day of _____, 2021 that the Defendant Stanley Hagan's Motion for Special Admission of Mukund Rathi is **GRANTED**.

**SO ORDERED.**

_____
**Judge Brian J. Davis**
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I certify that there are no non-CM/ECF participants in the case.

/s/ *Katherine Earle Yanes*
James E. Felman (FBN 0775568)
jfelman@kmf-law.com
Katherine Earle Yanes (FBN 0159727)
kyanes@kmf-law.com
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, Florida 33601-3396
Telephone:    (813) 2291118
Facsimile:    (813) 2216750

*Local Counsel for Defendant*
*Stanley Hagan, Jr.*